In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-326 CV


____________________



CHARLES T. BAKER, Appellant



V.



NEWBURYPORT CAPITAL, LLC, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 108,141






MEMORANDUM OPINION



 The appellant, Charles T. Baker, requested that his appeal be dismissed. The motion
is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is granted and the
appeal is dismissed.

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered October 16, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.